1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON
8
   UNITED STATES OF AMERICA,
9
       Plaintiff,                          NO.  CR-05-2125-RHW
10
11     v.                                  **ORDER DENYING MOTION
                                           FOR RECONSIDERATION**
12 LORENZO AYALA-FAVELA,
13     Defendant.
14

15    Before the Court are Defendant's Motion to Reconsider Court's Denial of
16 Parties Request to Waive Presentence Investigation Report and Request to Proceed
17 Directly to Sentencing (Ct. Rec. 39), and Defendant's Motion to Expedite Hearing
18 (Ct. Rec. 42).  The motions were heard without oral argument.
19    Defendant asks that the Court reconsider its denial of the parties' request to
20 waive the Presentence Investigation Report.  The Court ordered the Presentence
21 Investigation Report, in part, because the United States Probation Office
22 recommended that a report be complied, and also because the Presentence
23 Investigation Report is necessary to allow the Court to apply the factors of 18
24 U.S.C. § 3553(b) in fashioning a reasonable sentence.  The U.S. Probation Office's
25 concession that the Base Offense Level is 20 does not alter the need for the
26 Presentence Investigation Report, since the Guideline calculations are only one
27 factor the Court must consider in determining a reasonable sentence.
28 ///

ORDER DENYING MOTION FOR RECONSIDERATION ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Reconsider Court's Denial of Parties Request to Waive Presentence Investigation Report and Request to Proceed Directly to Sentencing (Ct. Rec. 39) is **DENIED**.

2. Defendant's Expedited Hearing Request (Ct. Rec. 42) is **GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 26th day of June 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CRIMINAL\2005\Ayala-Favela\order.deny.wpd

ORDER DENYING MOTION FOR RECONSIDERATION ~ 2